**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE DELGADO MOLINA,

        Plaintiff,

v.                                             Case No:   6:23-cv-1643-PGB-LHP

TRANS UNION, LLC and
FIRSTBANK PUERTO RICO,

        Defendants

---

**ORDER**

Before the Court is Plaintiff's Amended Motion to Compel Responses to Requests to Produce (Doc. No. 37) and Defendant FirstBank Puerto Rico's ("FirstBank") Response in Opposition (Doc. No. 40).[1]  Upon review, the Court will require a reply brief from Plaintiff directed to certain issues raised by FirstBank's Response.

Accordingly, it is **ORDERED** that on or before **April 4, 2024**, Plaintiff shall file a reply brief, not to exceed **ten (10) pages** in length, addressing the following:

---

[1] Also pending is Plaintiff's Amended Motion to Compel Designation of Deponent(s) for Corporate Representative Deposition (Doc. No. 38), which motion will be addressed by separate Order.

1.  FirstBank's statement that Plaintiff has agreed to withdraw several of the discovery requests, to wit: "Plaintiff's counsel agreed not to pursue Requests 12 and 14.  Plaintiff's counsel also agreed not to pursue the requests for policies and procedures (Requests 4-6, 13, and 17), pending execution of a confidentiality agreement."  Doc. No. 40, at 2 ¶ 3.  Plaintiff shall also address whether the parties have entered into a confidentiality agreement in this case, and if not, the reasons why.

2.  FirstBank's statement that "On March 14, 2024, the parties conducted a second meet-and-confer call and FirstBank's counsel advised that FirstBank was still investigating the requests (as well as the facts giving rise to Plaintiff's claim) and that it would be amending its responses and producing available documents – if any – within a couple of weeks.  <u>Plaintiff's counsel did not object to proceeding this way</u>."  Doc. No. 40, at 2 ¶ 7 (emphasis added).

3.  FirstBank's statement that on March 27, 2024, FirstBank served amended responses to the First Request for Production, and that Plaintiff's Motion (Doc. No. 37) "is rendered moot."  Doc. No. 40, at 3 ¶ 9.  Plaintiff shall attach as an exhibit to the reply FirstBank's amended responses, shall specifically address FirstBank's document production attendant thereto (if any), and shall state with specificity what issues remain outstanding to be resolved by the Court.

**The parties are reminded of their obligation to continue to confer concerning the dispute and must promptly notify the Court if they resolve the Motion in whole or in part.**  Doc. No. 26 ¶ 8.  **The parties are further reminded of their obligation to engage in civil and cooperative discovery.**  Middle District Discovery (2021) § (I)(A).

**DONE** and **ORDERED** in Orlando, Florida on March 28, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties