# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSE DELGADO MOLINA,

    Plaintiff,

v.                                       Case No. 6:23-CV-01643

TRANS UNION LLC and FIRSTBANK
PUERTO RICO,

    Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, FIRSTBANK PUERTO RICO

COMES NOW Plaintiff, JOSE DELAGDO MOLINA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, FIRSTBANK PUERTO RICO, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 10th day of April, 2024.

1

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email: Tav@theconsumerlawyers.com
Secondary Email: Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 10th day of April, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*