# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSE DELGADO MOLINA,**

        **Plaintiff,**

v.                                **Case No: 6:23-cv-1643-PGB-LHP**

**TRANS UNION, LLC and**
**FIRSTBANK PUERTO RICO,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff Jose Delgado Molina ("**Plaintiff**") and Defendant Trans Union, LLC's Stipulation of Dismissal With Prejudice, filed June 10, 2024. (Doc. 50). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Trans Union, LLC only as a party.

**DONE AND ORDERED** in Orlando, Florida on June 12, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties